FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 18 PM 3:58
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSUE ISAAC AYALA MELGAR,

Defendant.

4:26CR3062

INDICTMENT
8 U.S.C. §1326(a)

The Grand Jury charges that

COUNT I

On or about July 23, 2026, in the District of Nebraska, the defendant, JOSUE ISAAC AYALA MELGAR, an alien, who previously had been excluded, deported, and removed from the United States to El Salvador, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

Julie Ann M. Mruz, #25564
Assistant U.S. Attorney